UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD WESLEY BRYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRIE MATSEN, CHERYL SULLIVAN, KERRI S. MCTARSNEY, DENNY DAHNE, JOSEPH C. MAY, PATRICK GLEBE, G. PRESSEL, ROY GONZALEZ, CLARA CURL, DAN PACHOLKE, BERNARD WARNER, DEPARTMENT OF CORRECTIONS, UNKNOWNS 1-5,<br><br>    Defendants. | CASE NO. C14-5075 RBL-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

    (1)    The Court adopts the Report and Recommendation.

    (2)    Defendants' motion to dismiss (Dkt. 20) is **GRANTED;** Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE.**

(3) The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this 22nd day of May, 2014.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION- 2